WAYNE COUNTY PRODUCE COMPANY, Respondent, *v.* GORDON-O'NEILL COMPANY, INC., Appellant.

Argued April 28, 1937; decided May 25, 1937.

*Samuel Gottlieb* and *Sidney Gondelman* for appellant.
*Edmond B. Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.